IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00701-RPM

LARRY BESKI,

              Plaintiff,

v.

SANKYO PHARMA, INC.,

              Defendant.

---

ORDER FOR RESPONSE TO MOTION TO COMPEL

---

Upon consideration of Plaintiff's motion to compel (Doc. #19-1), filed on February 21, 2006, it is

ORDERED that the defendant shall file a response to the referenced motion by March 14, 2006.

Dated: February 22nd, 2006

                                                BY THE COURT:

                                                s/Richard P. Matsch
                                                _____
                                                Richard P. Matsch, Senior District Judge