**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Senior District Judge Richard P. Matsch

Civil Action No. 1:05-CV-00701-RPM-OES

LARRY BESKI,

    Plaintiff,

v.

SANKYO PHARMA, INC.,

    Defendant.

---

**ORDER APPROVING STIPULATION TO ESTABLISH DEADLINES FOR DISCOVERY AND DISPOSITIVE MOTIONS**

---

THIS MATTER comes before the Court on the parties' Stipulation to Establish Deadlines for Discovery and Dispositive Motions.

The Court finds and orders as follows:

1. The Court has reviewed the file.

2. The stipulation is approved.

3. The Discovery Cut-off date is November 30, 2006.

4. The Dispositive Motion Deadline is January 31, 2007.

Dated this 20th day of July, 2006.

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____

                                          Richard P. Matsch, Senior District Judge