**REED SMITH LLP**
*A Limited Liability Partnership formed in the State of Delaware*
One Riverfront Plaza, First Floor
Newark, New Jersey 07102-5400
Telephone:(973) 621-3200
Facsimile: (973) 621-3199
Attorneys for Defendant
Sankyo Pharma Inc.
RHB/1835

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

JAN 2 2007

GREGORY C. LANGHAM

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| LARRY BESKI,<br><br>Plaintiff,<br><br>vs.<br><br>SANKYO PHARMA, INC.,<br><br>Defendant. | CIVIL ACTION NO.: 05-0701 (RPM)<br><br>**CONSENT ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having been opened to the Court by the attorneys for defendant, Sankyo Pharma Inc. (improperly pled as "Sankyo Pharma, Inc." and hereinafter "Sankyo"), and the attorneys for plaintiff, Larry Beski, the Court being fully advised and Plaintiff, having conferred and having agreed to the entry of the within Consent Order, and good cause having been shown;

IT IS on this 2nd day of January, 2007;

ORDERED that the above action be and hereby is dismissed with prejudice, without right of appeal and without costs and fees; and it is further

~~ORDERED that a copy of this Order be served upon plaintiff's counsel within~~ ~~days of the receipt hereof.~~

SO ORDERED:

_____
HON. RICHARD P. MATSCH, U.S.D.J.

PRCLIB-412389.1

Case 1:05-cv-00701-RPM-MEH   Document 48   Filed 12/28/2006   Page 2 of 2

**THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:**

| | |
|---|---|
| DON A. MCCULLOUGH, ESQ.<br>Attorney for Plaintiff | REED SMITH LLP<br>Attorneys for Defendant<br>Sankyo Pharma Inc. |
| By: /s/ Don A. McCullough<br>DON A. MCCULLOUGH<br>For the Firm | By: /s/ Robert H. Bernstein<br>ROBERT H. BERNSTEIN<br>A Member of the Firm |
| Dated: 12/29/06 | Dated: 12-29-06 |